Thomas Oskvarek, a Minor, by Rose Janovsky, His Mother and Next Friend, Plaintiff-Appellee and Cross-Appellant, v. Prudence Mutual Casualty Company, a Corporation, Defendant-Appellant and Cross-Appellee.

Gen. No. 48,897.

First District, Second Division.

October 15, 1963.

George F. Barrett, of Chicago (Zachary D. Ford and Edward Wolfe, of counsel), for defendant-appellant and cross-appellee; Powers McGuire, of Chicago (Francis X. Riley, of counsel), for plaintiff-appellee and cross-appellant. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**